SKYLAR SALEM
10004 28 Rd
Cimarron Ks 67835
skylersalem@email.com
620 855 2311

May 9 2024

24CV 21509

Federal Judge
Kevin Moore
400 North Miami Avenue
Miami FL 33128

Federal Judge
Kevin Moore

I went federal court against Chicago Police Chicago il for $5,100,600,000,000.00 violent assaults more libel Larry Snelling Chicago il libel slander Visa libel Microsoft Outlook libel Amtrak Chicago il libel Spirit libel hit run libel sidewalk libel Stops libel nigger care b johnson crib libel Chomo libel rat poison libel internet libel Xfinity Chicago il libel Travelodge Chicago il libel Louis Comeli Chicago il libel Holy Name Cathedral Chicago il libel Monterrey Security Chicago il libel Comeli womens child retarded step sla libel ID libel cell phones libel C libel retarded libel no mens libel Mastercard libel USPS chicago il libel IRS libel Che libel Tree libel Co libel Cro libel T libel I libel Pi libel internet libel Chicago Public library Chicago il libel email libel Staples Chicago il libel USPS chicago il libel Depaul University Chicago il libel Natzi Cast libel Natzi Nat libel Cerj libel Verizon Chicago il libel nigger cerr Obama Chunta more libel Boeing Chicago il libel PayPal libel Wells Fargo libel BP Chicago il libel Target Chicago il libel fbi.gov libel AT&T libel Fedex Chicago il libel Enterprise Chicago il libel Wintrust Chicago il libel Chase Chicago il libel Brandon Johnson Chicago il libel Lori Lightfoot Chicago il libel Marriott Chicago il libel Jewel-Osco Chicago il libel Trans Union chicago il libel Western Union libel Currency Exchange Chicago il libel McDonalds Chicago il libel Bank of America Chicago il libel Maid cerj libel Thomas Dart Chicago il libel John Hancock libel Northern Trust Chicago il libel Ascension Saint Mary Chicago il libel Susana Ramirez Chicago il libel Fourth Presbyterian Church Chicago il libel Walgreens Chicago il libel Gerdo World Chicago il libel benet libel sla libel Omni Hotel Chicago il libel Barack Obama Chicago il libel Equifax libel Grant Park Chicago il libel City of Chicago Chicago il libel public libel JB Pritzker Springfield IL libel Matt Garcia Chicago il libel Cynthia Lorzo Chicago il libel UPS Chicago il libel Greyhound Chicago il libel Google libel email libel Libel Apple Inc Chicago il libel Northwestern Memorial Chicago il libel Allied Universal Chicago il libel Ozinga Chicago il libel Lincoln Park Chicago il libel St Peters Chicago il libel The amount to be bank wired to American Express 320013335579 routing 124085000

Sincerely
SKYLAR SALEM

Federal Judge
Kevin Moore
400 North Miami Avenue
Miami FL 33128

Federal Judge
Kevin Moore
400 North Miami Avenue
Miami FL 33128

3312831812 C075

USMS INSPECTED

RECEIVED

JUN 04 2024
1:02 PM